

**IN THE
TENTH COURT OF APPEALS**

_____

**No. 10-14-00277-CR**

**IN RE HAROLD S. BOWENS, JR.**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

In this mandamus proceeding, Harold S. Bowens Jr. requests this Court to order either the McLennan County District Attorney or the Coryell County District Attorney, he alleges one in the beginning of his mandamus petition and the other in the prayer, to respond to Bowen's criminal complaint against individuals at the Alfred Hughes Unit of the Texas Department of Criminal Justice. There are multiple procedural problems with Bowens' mandamus petition, such as which district attorney is the mandamus filed against, TEX. R. APP. P. 52.2, no record is included with the petition, TEX. R. APP. P. 52.7, and the petition is not properly served (the clerk of this Court is not a party to the mandamus proceeding), TEX. R. APP. P. 9.5. However, we use Rule 2 of the Rules of

Appellate Procedure to look beyond these problems and proceed to a timely disposition of this proceeding. *See* TEX. R. APP. P. 2.

As a Court of Appeals, we have no jurisdiction to compel a district attorney to act except to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (West 2004). Bowens has not alleged any need for this Court to enforce our jurisdiction. Accordingly, Bowens' petition is dismissed for want of jurisdiction.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Petition dismissed
Opinion delivered and filed September 25, 2014
Do not publish
[OT06]

